UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERVICE REPRODUCTION COMPANY, )
SRC LAND, LLC, )
A & T IMPORTERS, INC., and )
ROBERT J. NORKUS, )     No. 1:11-cv-00653
       Plaintiffs, )
 )     HONORABLE PAUL L. MALONEY
-v- )
 )
FIFTH THIRD BANK, )
       Defendant. )
_____)

## JUDGMENT

Having dismissed Plaintiffs' complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   August 24, 2012                         /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 Chief Judge
                                                                                 United States District Court