UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SERVICE REPRODUCTION COMPANY, )<br>SRC LAND, LLC, )<br>A & T IMPORTERS, INC., and )<br>ROBERT J. NORKUS, )<br>  Plaintiffs, )<br>  )<br>-v- )<br>  )<br>FIFTH THIRD BANK, )<br>  Defendant. )<br>_____) | No. 1:11-cv-00653<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed Plaintiffs' complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  August 24, 2012              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief Judge
                                    United States District Court